FILED

JAN 08 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LESTER LAMOUNT POLK,**<br><br>Petitioner,<br><br>v.<br><br>**LARRY SMALL, Warden,**<br><br>Respondent. | Case No. C 09-3097 JSW (PR)<br><br>[PROPOSED] ORDER<br><br>Docket No. 8 |

On motion of respondent and good cause appearing, it is ordered that the time for filing a response to the petition for writ of habeas corpus be, and the same is, extended 60 days to and including March 4, 2010. Petitioner's reply, if any, shall be filed and served within 30 days of receipt of the answer or motion.

Dated: JAN 08 2010

The Honorable Jeffrey S. White
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LESTER L. POLK et al,

        Plaintiff,

v.

LARRY SMALL et al,

        Defendant.

Case Number: CV09-03097 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lester Lamount Polk H-72800
Calipatria State Prison
PO Box 5002
Calipatria, CA 92233

Dated: January 8, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk